1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIAN GONZALEZ-JIMENEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-CR-00230 OWW |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | ) | |
| JULIAN GONZALEZ-JIMENEZ, | ) | DATE:  January 24, 2011 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Julian Gonzalez-Jimenez, that the hearing currently set for December 13, 2010 **may be rescheduled to January 24, 2011 at 9:00 a.m.**

The defense proposes this stipulation in order to schedule an evidentiary hearing.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

Gonzalez-Jimenez - Stipulation to continue
status conference hearing

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: December 9, 2010 | /s/ *Karen A. Escobar*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: December 9, 2010 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Julian Gonzalez-Jimenez |

**ORDER**

**IT IS SO ORDERED**.

Dated: December 10, 2010    /s/ OLIVER W. WANGER
United Sates District Judge