DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIAN GONZALEZ-JIMENEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )<br>JULIAN GONZALEZ-JIMENEZ,  )<br>  )<br>   Defendant.  )<br>_____) | No. 1:10-CR-00230 OWW<br><br>DEFENDANT'S STIPULATION TO CONTINUE HEARING MOTION TO SUPPRESS; ORDER THEREON<br><br>DATE:  March 28, 2011<br>TIME:  2:00 p.m.<br>JUDGE: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Julian Gonzalez-Jimenez, that the hearing currently set for March 14, 2011 **may be rescheduled to March 28, 2011 at 2:00 p.m.**

The defense proposes this stipulation to allow defendant additional time to contact a witness and to explore possible resolution of this case. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

|     |                         |                                                                                       |
| --- | ----------------------- | ------------------------------------------------------------------------------------- |
| 1   |                         | BENJAMIN B. WAGNER<br>United States Attorney                                          |
| 2   |                         |                                                                                       |
| 3   | Dated: March 10, 2011   | /s/ *Karen A. Escobar*<br>KAREN A. ESCOBAR                                            |
| 4   |                         | Assistant United States Attorney<br>Attorney for Plaintiff                            |
| 5   |                         |                                                                                       |
| 6   |                         | DANIEL J. BRODERICK<br>Federal Defender                                               |
| 7   |                         |                                                                                       |
| 8   | Dated: March 10, 2011   | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ                                            |
| 9   |                         | Assistant Federal Defender<br>Attorneys for Defendant                                 |
| 10  |                         | Julian Gonzalez-Jimenez                                                               |

IT IS SO ORDERED.

**Dated:   March 11, 2011**              /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE