1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, CA Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JULIAN GONZALEZ-JIMENEZ

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. 1:10-CR-00230 OWW
                                   )
12           Plaintiff,            )   STIPULATION AND ORDER TO ADVANCE
                                   )   SENTENCING HEARING
13       v.                        )
                                   )
14  JULIAN GONZALEZ-JIMENEZ,       )   DATE:   April 18, 2011
                                   )   TIME:   9:00 a.m.
15           Defendant.            )   JUDGE:  Honorable Oliver W. Wanger
                                   )

16

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, and Assistant Federal Defender

20  Victor M. Chavez, Counsel for Defendant Julian Gonzalez-Jimenez, that the sentencing hearing currently

21  set for June 6, 2011 **may be advanced to April 18, 2011 at 9:00 a.m.**

22        The modified Presentence Report has been prepared and the time served in custody by Mr.

23  Gonzalez-Jimenez exceeds his anticipated sentence.  The requested continuance will conserve time and

24  resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

Stipulation & Order to Advance Sentencing Hearing

1

2

BENJAMIN B. WAGNER
United States Attorney

3

Dated: April 13, 2011                    By:    /s/ Karen A. Escobar

4                                                 KAREN A. ESCOBAR
                                                  Assistant United States Attorney

5                                                 Attorney for Plaintiff

6

7

DANIEL J. BRODERICK
Federal Defender

8

9

Dated: April 13, 2011                    By:    /s/ Victor M. Chavez
                                                  VICTOR M. CHAVEZ

10                                                Assistant Federal Defender
                                                  Attorneys for Defendant

11                                                Julian Gonzalez-Jimenez

12

13

14

15

16

IT IS SO ORDERED.

**ORDER**

17

**Dated:    April 13, 2011**              _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28