

**FILED**

APR **18** 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )     No. 1:10-CR-00230 OWW
                                 )
     vs.                         )     ORDER OF RELEASE
                                 )
JULIAN JIMENEZ GONZALEZ,         )
                                 )
          Defendant.             )
_____)

The above named defendant having been sentenced to Time Served on April 18, 2011,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. *subject to any detainer in effect.*

DATED: April 18, 2011

_____
HONORABLE OLIVER W. WANGER

U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1